JOSEPH G. F. SQUIRES, Respondent, v. F. B. WILCOX & COMPANY, INC., Defendant, Impleaded with FRANK B. HALL, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the application for the order of arrest was not made upon proper papers, and that plaintiff's amended complaint, recited in the order, was never, in fact, presented to the court, and had not been served at the time of the defendant's arrest; and upon the further ground that the undisputed facts indicate that, before the commencement of the present action, plaintiff had parted with all interest under the contract between the parties, and that plaintiff was not the proper party in interest in the action. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. BERNARD K. MARCUS and Others, Defendants. CHARLES FRANK, a Stockholder, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [144 Misc. 310.]

In the Matter of the Judicial Settlement of the Accounts of JOHN M. GRAHAM and THOMAS G. GRAHAM, as Executors, etc., of ELIZABETH GRAHAM, Deceased, Executrix, etc., of GEORGE GRAHAM, Deceased.— Orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

WILLIAM LANSING, JR., Respondent, v. LONGACRE ENGINEERING AND CONSTRUCTION COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; Finch, P. J., dissents and votes to reverse and grant motion. The defendant claims an indemnity agreement.

In the Matter of the Application of PATRICK HAYES, Respondent, against THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Appellant.*— Order reversed, with ten dollars costs and disbursements, and motion denied, with fifty dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE CITY OF NEW YORK, Appellant, v. JAMES J. McCORMICK, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [144 Misc. 245. See post, p. 726.]

FRAW REALTY CO., INC., Appellant, v. MAX N. NATANSON and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

---

* Affd., 260 N. Y. 574.